[No. 10446-6-II.  Division Two.  April 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS A. ZIBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 86-1-00082-8, Daniel J. Berschauer, J., entered October 16, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 9885-7-II.  Division Two.  April 21, 1988.]

RONALD W. KUHNE, ET AL, *Appellants,* v. AMERICAN HOMES REALTY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-01795-1, Thomas A. Swayze, Jr., J., entered April 11, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 19922-6-I.  Division One.  April 25, 1988.]

ROBERT GREGERSON, ET AL, *Appellants,* v. PAUL ENGA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-15430-0, Donald D. Haley, J., entered January 5, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.